**No. 09-10971. James Demetruis Battle, Petitioner v. United States.**

561 U.S. 1019, 130 S. Ct. 3491, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5212.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 560.